# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

## SECOND AMENDED JUDGMENT IN A CRIMINAL CASE
(For **Revocation** of Supervised Release)

UNITED STATES OF AMERICA

V.

WILLIAM Z. GEIGER

Case Number: 8:02-cr-389-T-30EAJ
USM Number: 06525-040

Todd Foster, ret.
Defendant's Attorney

**THE DEFENDANT:**

__X__ admitted guilt to violation of charge number(s) ONE, TWO, and THREE of the term of supervision.

_____ was found in violation of charge number(s)_____ after denial of guilt.

| **Violation Charge Number** | **Nature of Violation** |
|---|---|
| ONE | Failure to make restitution in violation of the Court's order, which requires him to make payments as follows: $3,000 per month (Grade C Violation) |
| TWO | Failure to disclose financial information in violation of the special condition (Grade C Violation) |
| THREE | Failure to Answer Truthfully to an Inquiry Made by the Probation Officer in violation of Third Condition (Grade C Violation) |

The defendant is sentenced as provided in pages 2 through __4__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

_____ The defendant has not violated charge number(s)_____ and is discharged as to such violation charge(s).

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

March 3, 2010
Date of Imposition of Judgment

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

19 March 2010
Date

DEFENDANT:        WILLIAM Z. GEIGER          Judgment - Page __2__ of __4__
CASE NUMBER:      8:02-cr-389-T-30EAJ

## IMPRISONMENT

**The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of TWELVE (12) MONTHS and ONE (1) DAY.**

__X__  The Court makes the following recommendations to the Bureau of Prisons: The defendant be placed at Coleman Correctional Institution.

_____  The defendant is remanded to the custody of the United States Marshal.

_____  The defendant shall surrender to the United States Marshal for this district:

  _____ at _____ a.m.  p.m. on _____.

  _____ as notified by the United States Marshal.

__X__  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  _____ before 2 p.m. on _____.

  __X__ as notified by the United States Marshal.

  _____ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at _____ with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

## SUPERVISED RELEASE

**Upon release from imprisonment, the defendant shall be on supervised release for a term of TWO (2) YEARS less ONE (1) DAY.**

The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state, or local crime. The defendant shall not illegally possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, not to exceed 104 tests per year.

<u>X</u>    The defendant shall not possess a firearm, destructive device, or any other dangerous weapon.

If this judgment imposes a fine or a restitution it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant shall comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;

2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;

3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4) the defendant shall support his or her dependents and meet other family responsibilities;

5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;

6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;

7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;

8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;

10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;

11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;

13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

# SPECIAL CONDITIONS OF SUPERVISION

The defendant shall also comply with the following additional conditions of supervised release:

X   The defendant shall be prohibited from incurring new credit charges, opening additional lines of credit, making acquisitions or obligating himself for any major purchases without approval of the probation officer.

X   The defendant shall provide the probation officer with any requested financial information.

X   The defendant shall furnish the Probation Office with a copy of his tax returns and taxes and evidence that he has appropriately filed and paid taxes.

X   The defendant and his family's monthly expenses shall not exceed his and his family's monthly income, unless prior approval is obtained from the Probation Office.

X   The defendant shall refrain from engaging in any employment related to being a real estate investor, an investment manager, and investment broker, or a mortgage investor, where the investment money of any other party is involved. Further, the defendant shall inform all individuals and entities with whom he enters into business as partners or shareholders in a closely held business that he has been convicted in federal court of a fraud offense.

X   The defendant, having been convicted of a qualifying offense, shall cooperate in the collection of DNA as directed by the probation officer.

X   The mandatory testing requirements of the Violent Crime Control Act are imposed. The Court authorizes random drug testing not to exceed 104 tests per year.

X   The defendant previous order of restitution remains in effect. The defendant shall begin making payments of $3,000 per month, and this payment schedule shall continue unless the victim, the government, or the defendant, notifies the Court of a material change in the defendant's ability to pay.

X   The defendant is still under obligation to pay a fine in the amount of $12,500 plus interest. At current calculation, the total amount due is $13,387.32.